# MINUTE ORDER

Page 2

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor | Date: 12/11/23 | Time: 2:00 p.m.

Defendant: Raul Rodriguez | J#: 90614-510 | Case #: 23-20474-CR-MARTINEZ

AUSA: Christopher Browne | Attorney: Manuel Gonzalez Jr. -PERM

Violation: FRAUD/OPERATION OF UNLICENSED MONEY TRANSMITTING BUSINESS | Surr/Arrest Date: 12/11/23 | YOB: 1980

Proceeding: Initial Appearance | CJA Appt: _____

Bond/PTD Held: ○ Yes ☑ No | Recommended Bond: _____

Bond Set at: STIP - $150K PSB | Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: Spanish

Disposition:
- Deft. advised of rights and charges
- Deft. sworn; Attorney Gonzalez is present previously filed a Perm - N.O.A.
- Defense stipulated to $150K PSB; Defendant released
- Deft. executes Waiver of Indictment in open court
- Court accepts Information

Reading of ~~Indictment~~ Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 14:26:45; 14:34:00 | Time in Court: 12 Minutes

s/Eduardo I. Sanchez | Magistrate Judge